EMR
F.# 2026R00004

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

JUSTIN MCMILLAN and
JUSTIN COLON,

              Defendants.

P R O P O S E D   O R D E R

CR 26-49 (FB)

Upon the application of JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, by Assistant United States Attorney Erin Reid, for an order unsealing the above-captioned matter in its entirety.

WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:   Brooklyn, New York
          March 10, 2026            , 2026

*Peggy Cross-Goldenberg*
_____
HONORABLE PEGGY CROSS-GOLDENBERG
MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK